…

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **JESUS CORTEZ, ET AL.,**<br>    Plaintiffs,<br>v.<br>**COUNTY OF ALAMEDA, ET AL.,**<br>    Defendants. | Case No.  14-cv-04035-YGR<br><br>**ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

On September 29, 2014, Defendant County of Alameda filed a motion to dismiss this lawsuit. (Dkt. No. 8.)  The hearing on the motion was originally scheduled for November 4, 2014, at 2:00 p.m.

Under this Court's Civil Local Rule 7-3(a), plaintiffs were required to file either a brief opposing the motion to dismiss their lawsuit, or a notice that they do not oppose dismissal. Plaintiffs' papers were due on October 16, 2014.  Civ. L.R. 7-3(a).  As of the date of this Order, plaintiffs have filed neither an opposition brief nor a notice of non-opposition.  As a result, the Court is considering dismissing plaintiffs' lawsuit for failure to prosecute.

The Court hereby extends plaintiffs' time to file their papers.  **Plaintiffs shall file an opposition to the Motion to Dismiss (or a statement of non-opposition) by no later than October 28, 2014.  Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.**  Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed (or 10 days in the event that the opposition is not filed and served through the ECF system).  Civ. L.R. 7-3(c).

The Court **CONTINUES** the hearing on the pending motion to dismiss to **2:00 p.m.** on **November 18, 2014,** in Courtroom 1 at the Federal Courthouse, 1301 Clay Street, Oakland, CA.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**