United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS CORTEZ, ET AL.**, <br> Plaintiffs, <br> v. <br> **COUNTY OF ALAMEDA, ET AL.**, <br> Defendants. | Case No.  14-cv-04035-YGR <br><br> **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** <br> Re: Dkt. No. 9 |

On October 21, 2014, the Court issued an Order Regarding Plaintiffs' Failure to File an Opposition to Defendant's Motion to Dismiss, and allowed plaintiffs an extension through October 28, 2014 to file an opposition or statement of non-opposition.  (Dkt. No. 9.)  Plaintiffs were warned that failure to do so would result in dismissal of this action for failure to prosecute. Plaintiffs did not file an opposition or statement of non-opposition.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**